# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:10cr15-RH/WCS

JEREL ROOSEVELT HOLLINGER,

    Defendant.

_____/

## JUDGMENT OF ACQUITTAL

A jury found the defendant not guilty on both counts alleged in the indictment. Accordingly,

IT IS ORDERED:

The defendant is acquitted and discharged. Any bond is exonerated.

SO ORDERED on September 1, 2010.

                                        s/Robert L. Hinkle
                                        United States District Judge